# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KRISTOPHER GONZALEZ,

    Plaintiff

v.

RENOWN MEDICAL CENTER, et al.,

    Defendants

Case No.: 3:26-cv-00051-MMD-CSD

**Order**

Plaintiff, who is an inmate in custody of the Washoe County Detention Facility (WCDF), filed an application to proceed *in forma pauperis* (IFP) for an inmate; however, his IFP application was not accompanied by a complaint. A complaint must be filed to initiate a civil action. Fed. R. Civ. P. 3.

Plaintiff has **30 days** from the date of this Order to file a complaint. The failure to do so will result in this action being dismissed. If a complaint is filed, the court will address Plaintiff's IFP application, and screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A.

**IT IS SO ORDERED**.

Dated: February 12, 2026

_____
Craig S. Denney
United States Magistrate Judge