# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KRISTOPHER GONZALEZ,

    Plaintiff

v.

RENOWN MEDICAL CENTER, et al.,

    Defendants

Case No.: 3:26-cv-00051-MMD-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address. On March 5, 2026, the court's order of March 12, 2026, mailed to Plaintiff was returned as undeliverable. Therefore, Plaintiff shall file a notice of change of address within **21 days** of the date of this Order.  A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: March 9, 2026

_____
Craig S. Denney
United States Magistrate Judge