UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KRISTOPHER GONZALEZ,

Plaintiff,

v.

RENOWN MEDICAL CENTER, *et al.*,

Defendants.

Case No. 3:26-cv-00051-MMD-CSD

ORDER

*Pro se* Plaintiff Kristopher Gonzalez, currently in custody of the Washoe County Detention Center, filed an application to proceed *in forma pauperis* ("IFP") on January 23, 2026, but it was not accompanied by a complaint. (ECF No. 1.) On February 12, 2026, the Court directed Plaintiff to file a complaint by March 14, 2026, and warned that a failure to do so would result in dismissal. (ECF No. 3.) The Court's order was returned as undeliverable. (ECF No. 4.) On March 9, 2026, the Court issued an order directing Plaintiff to update his address in compliance with LR IA 3-1 on or before March 30, 2026, and warned that a failure to do so would result in dismissal. (ECF No. 5.) To date, Plaintiff has neither filed a complaint nor updated his address with the Court. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney (ECF No. 7), recommending the Court dismiss this action without prejudice. (ECF No. 7 at 2.) To date, no objections to the R&R have been filed. Because there is no objection, and, as further explained below, the Court adopts the R&R in full.

Because there is no objection, the Court need not conduct de novo review and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). Judge Denney recommends

dismissal of this action without prejudice based on Plaintiff's failure to file a complaint, as directed, or update his address with the Court in compliance with LR IA 3-1. (ECF No. 7 at 1-2.) Accordingly, having reviewed the R&R, the Court agrees.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 7) is adopted in full.

It is further ordered that this action is dismissed without prejudice.

DATED THIS 22nd Day of June 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2